Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2018 AUG 28  PM 3:07
S.D. OF N.Y.

__Melvin Frazier Jr__
Write the full name of each plaintiff or petitioner.

-against-

Case No. __18__ CV __7323__
__7324__
__7713__

__George Bush, NASA, Donald Trump__
Write the full name of each defendant or respondent.

Letter re: _____

To present that Am on SSI for reason of Poor Person claim Application.

__8/28/18__
Dated

__[signature]__
Signature

__Melvin Frazier Jr__
Name

_____
Prison Identification # (if incarcerated)

__681 Clarkson Ave Building 1__  __Brooklyn__  __NY__  __11203__
Address                                City          State   Zip Code

__917 497-2341__
Telephone Number (if available)

__maccoriosJacob@gmail.com__
E-mail Address (if available)

SDNY Rev: 5/20/2016



...RITY ADMINISTRATION

Date: August 28, 2018
BNC#: 18BC888C28009
REF: A ,DI

MELVIN FRAZIER JR
661 CLARKSON AVE
BLDG 1
BROOKLYN NY 11203-####

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2017, the full monthly
Social Security benefit before any deductions is.......$ 466.30

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 466.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

Beginning June 2016, the current
Supplemental Security Income payment is...............$ 0.00

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning July 2017.

SUSPECT SOCIAL SECURITY FRAUD?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).